UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA  :
:
    - v. -  :  INDICTMENT
:
CAMILO REBOLLEDO-DUQUE and  :  07 Cr.
JOSE RICAUTE COBO,  :
:
    Defendants.  :
:
:
- - - - - - - - - - - - - - - - x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 17 2007

## COUNT ONE

The Grand Jury charges:

1. In or about August 2007, in the Southern District of New York and elsewhere, CAMILO REBOLLEDO-DUQUE and JOSE RICAUTE COBO, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and object of the conspiracy that CAMILO REBOLLEDO-DUQUE and JOSE RICAUTE COBO, the defendants, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(B).

OVERT ACTS

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York:

a. On or about August 23, 2007, CAMILO REBOLLEDO-DUQUE and JOSE RICAUTE COBO, the defendants, were present in the vicinity of 34th Street and 10th Avenue in New York, New York, in order to deliver more than 100 grams of heroin.

(Title 21, United States Code, Section 846.)

## COUNT TWO

The Grand Jury further charges:

4. On or about August 23, 2007, in the Southern District of New York, CAMILO REBOLLEDO-DUQUE and JOSE RICAUTE COBO, the defendants, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, 100 grams and more of mixtures and substances containing a detectable amount of heroin.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(B); Title 18, United States Code, Section 2.)

**FORFEITURE ALLEGATIONS AS TO COUNTS ONE AND TWO**

5. As a result of committing the controlled substance offenses alleged in Counts One and Two of this Indictment, CAMILO REBOLLEDO-DUQUE and JOSE RICAUTE COBO, the defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment, including but not limited to proceeds obtained as a result of the offenses described in Counts One and Two of this Indictment.

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. §853(p), to seek forfeiture

of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 846 and 853.)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v.-

CAMILO REBOLLEDO-DUQUE and
JOSE RICAUTE COBO,

Defendants.

---

INDICTMENT

07 Cr. _____

(Title 21, United States Code,
Sections 812, 841(a)(1),
841(b)(1)(B), and 846; Title 18, United
States Code, Section 2)


MICHAEL J. GARCIA
United States Attorney


A TRUE BILL.

_____ [signature]

Foreperson.

*Indictment filed, case assigned to Judge Kram.*
*F. Maas, USMJ*

FC
9/17/07