

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

## MEMORANDUM ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 18, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

RECEIVED
SEP 19 2007
JUDGE S. W. KRAM
CHAMBERS

**BY FACSIMILE**

Honorable Shirley Wohl Kram
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  United States v. Rebolledo-Duque, et. al.,
     07 Cr. 880 (SWK)

Dear Judge Kram:

Enclosed please find Indictment 07 Cr. 880 (SWK), which was assigned to Your Honor yesterday. The Indictment charges two defendants, Camilo Rebolledo-Duque and Jose Ricaute Cobo, in two counts with participating in a narcotics conspiracy, and with distributing and possessing with intent to distribute heroin. The defendants were previously presented on a complaint (07 Mag. 1415) before Magistrate Judge Katz on August 24, 2007. Arraignment is scheduled for Tuesday, September 25 at 10:00 a.m. in Courtroom 5A.

Accordingly, the Government respectfully requests that time be excluded from speedy trial calculations until that date in order for the parties to discuss a possible disposition and for the Government to prepare discovery. Roland Thau, Esq., counsel for defendant Rebolledo-Duque, has no objection. The Government has not been able to confer with Todd Merer, Esq., counsel for Cobo, about this proposed date.

In the interests of justice, time under the Speedy Trial Act is excluded until September 25, 2007.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Marissa Molé*
Marissa Molé
Assistant United States Attorneys
(212) 637-2275

SO ORDERED

*[signature]*
JUDGE SHIRLEY WOHL KRAM
U.S.D.J.

Dated: September 26, 2007
New York, NY

cc:  Roland Thau, Esq.
     Todd Merer, Esq.

Encl.

**COPIES MAILED**