# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

April 8, 2008

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

by fax 212 805-6304

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: APR 0 9 2008

Honorable Paul A. Crotty
United District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Camilo Rebolledo-Duque**
      **07 Cr. 880(PAC)**

Your Honor:

On the government's consent (by Marissa Molé, Esq., AUSA, Tel. 212 637-2275) and for substantially the same reasons as set forth in the application sent to Your Honor today by Todd M. Merer, Esq., counsel to our client's co-defendant Jose Recaute Cobo, we respectfully request that Mr. Rebolledo-Duque's sentence due to be imposed April 14, 2008, also be adjourned to the week of May 12, 2008.

We believe that our client is not prejudiced by this application because he has been in custody since late August, 2007, and the estimated advisory Sentencing Guidelines are 70-87 months.

Respectfully,

Roland Thau
Staff Attorney
Tel.: 212 417-8733

cc:   Marissa Molé, Esq., AUSA
      by fax 212 637-2387

      Todd M. Merer, Esq.
      Counsel to Jose Recaute Cobo
      by fax 212 683-2525

Application GRANTED. The sentencing is adjourned to 5/12/08 at 2:30 pm in Courtroom 20-C

SO ORDERED: 4/9/08

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**MEMO ENDORSED**

TOTAL P.002