# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
Executive Director

May 8, 2008

Southern District of New York
John J. Byrnes
Attorney-in-Charge

by fax 212 805-6304

Honorable Paul A. Crotty
United District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 8 2008

Re:   **United States v. Camilo Rebolledo-Duque**
      **07 Cr. 880(PAC)**

Your Honor:

On the government's consent (by Marissa Molé, Esq., AUSA, Tel. 212 637-2275) and for reasons related to but not identical to those set forth in the application sent[1] to Your Honor today by Todd M. Merer, Esq., counsel to our client's co-defendant Jose Recaute Cobo, we respectfully request that Mr. Rebolledo-Duque's sentence due to be imposed May 12, 2008, also be adjourned to no earlier than June 10th as our client is scheduled to "safety valve" proffer to the government on May 13th and it often takes a bit of time for the government to assess a defendant's veracity and decide whether or not to recommend safety valve relief.

We believe that our client is not prejudiced by this application because he has been in custody since late August, 2007, and the estimated advisory Sentencing Guidelines are 70-87 months.

Respectfully,

Roland Thau
Staff Attorney
Tel.: 212 417-8733

**MEMO ENDORSED**

enc.
cc:   Marissa Molé, Esq., AUSA
      by fax 212 637-2387

      Todd M. Merer, Esq.
      Counsel to Jose Recaute Cobo
      by fax 212 683-2525

Application GRANTED. The sentencing is adjourned to 6/10/08 at 3:30 p.m. in Courtroom 20-C

SO ORDERED:  MAY 0 8 2008

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

---

[1] I enclose copy of Mr. Merer's letter as I am told by your Mr. Ovalles that chambers didn't receive it, no doubt because it was probably faxed to 805-6305 instead of 805-6304.