# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

<u>SOUTHERN</u> District of <u>NEW YORK</u>

UNITED STATES OF AMERICA

- v -

CAMILO REBOLLEDO-DUQUE,  Defendant.

Docket Number ___07 CR. 880 (PAC)___

HONORABLE PAUL A. CROTTY
(District Court Judge)

Notice is hereby given that **the defendant, Camilo Rebolledo-Duque**
appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]: order [ ]: other [ ]: _____
(specify)

entered in this action on _____09/03/08_____.
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:    conviction only [ ]:    sentence only [✓]:    conviction and sentence [ ].

Date: **September 5, 2008**

TO:
Marissa Mole, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Camilo Rebolledo-Duque
Reg. No. 90072-054 - MDC

ADD ADDITIONAL PAGE IF NECESSARY

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

---

(TO BE COMPLETED BY ATTORNEY)

TRANSCRIPT INFORMATION - FORM B

| ➤QUESTIONNAIRE | ➤TRANSCRIPT ORDER ➤ | DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
|---|---|---|
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[✓] Sentence<br>[ ] Post-trial proceedings | Dates<br><br><br>September 3, 2008 |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ➤ Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature _____    DATE 9/5/08

---

➤ **COURT REPORTER ACKNOWLEDGMENT**

To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)